**No. 11-352. Gayle Oppliger, et al., Petitioners v. United States.**

565 U.S. 979, 132 S. Ct. 526, 181 L. Ed. 2d 351, 2011 U.S. LEXIS 7826.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 637 F.3d 889.